**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
AVRAHAM BURGER,                          :
individually and on behalf of a class,   :
                                         :
                 Plaintiffs,             :
                                         :
      v.                                 :          2 : 09 CV 1369 TCP  ETB
                                         :
AUTO BARN OF INWOOD, INC.,               :
and DOES 1-10,                           :
                 Defendant.              :
-------------------------------------------------------x
```

STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action pursuant to Fed.R.Civ.P.

41(a)(1)(A)(ii), with prejudice as to the claims of the individual plaintiff, without prejudice as to

the claims of the putative class, and with costs awarded to neither party.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas E. Soule | /s/ Edward S. Benson |
| Thomas E. Soule | Edward S. Benson |
| EDELMAN COMBS LATTURNER | NICOLETTI, GONSON, SPINNER & OWEN LLP |
| & GOODWIN LLC | 555 Fifth Avenue, 8th Floor |
| 120 South LaSalle Street, 18th Floor | New York NY 10017 |
| Chicago IL 60603 | (212) 730-7750 |
| (312) 739-4200 | (212) 730-7850 (fax) |
| (312) 419-0379 (fax) | ebenson@nicolettilaw.us |
| courtecl@edcombs.com | |
| | |
| *Counsel for plaintiff* | *Counsel for defendant* |

CERTIFICATE OF SERVICE

I, Thomas E. Soule, hereby certify that the preceding document was filed on October 28, 2009, and that a copy was served upon Joseph Gulino, Marina Spinner and Edward Benson (jgulino@nicolettilaw.us, mspinner@nicolettilaw.us, ebenson@nicolettilaw.us), counsel for defendant, on the same date by operation of the Court's electronic filing system.

/s/ Thomas E. Soule<br>Thomas E. Soule

*So Ordered 10/30/09*

1

*USDJ*